**Order entered April 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01386-CR

**ASHLEY DANIELLE SIEBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA16-59378-G**

## ORDER

Before the Court is appellant's March 21, 2019 first amended motion to abate appeal for specific findings and conclusions and March 27, 2019 unopposed first motion for extension of time to file brief.  The Court **GRANTS** the motions.

We **ORDER** the trial court to prepare and file, within **THIRTY DAYS** of the date of this order, findings of fact and conclusions of law on appellant's motions to suppress evidence and to suppress late-tendered evidence which were both heard on October 30, 2018.

This appeal is **ABATED** to allow the trial court to file its findings of fact and conclusions of law.  The appeal shall be reinstated when the findings and conclusions are received or at such other time as the Court deems appropriate.

Upon reinstatement, the Court will reset the due date for appellant's brief.


/s/     LANA MYERS
JUSTICE